NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWIN DEQUAN ROLLINS,    )
           )
    Appellant,    )
           )
v.           )   Case No. 2D19-396
           )
STATE OF FLORIDA,     )
           )
    Appellee.    )
_____)

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Polk
County; Wayne Durden, Judge.

Edwin Dequan Rollins, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


    Affirmed.


CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.